

# NUMBERS 13-24-00553-CV, 13-24-00555-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF J.P. AND A.P., CHILDREN

## ON APPEAL FROM THE 156TH DISTRICT COURT
## OF SAN PATRICIO COUNTY, TEXAS



# NUMBER 13-25-00044-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE A.T.

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

In two appeals, appellant A.T. challenges the trial court's October 7, 2024 "O[r]der Denying Motion for Appointment of Attorney Ad Litem For Mother." On January 31, 2025, appellant filed a "Petition for Writ of Mandamus" challenging the same order which the clerk of this Court docketed separately as appellate cause number 13-25-00044-CV.

Appellant has filed motions to dismiss in all three cause numbers. In appellate cause numbers 13-24-00553-CV and 13-25-00044-CV, appellant represents that "[t]he issue raised in her pleading has been resolved." In appellate cause number 13-24-00555-CV, appellant states she "no longer desires to pursue this appeal."

Having reviewed the record and the documents on file, this Court is of the opinion that appellant's motions to dismiss should be granted. Accordingly, the motions to dismiss are granted and the proceedings are dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Having dismissed the proceedings at appellant's request, no motion for rehearing shall be entertained. All other pending motions are denied as moot.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
6th day of February, 2025.